**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

RANIERI PARTNERS, LLC,

        Plaintiff,

v.                                       Case No. 6:15-cv-1606-Orl-37DAB

GERRY MATHESON; and WILLIAM
GEIGER,

        Defendants.

**ORDER**

This cause is before the Court on its own motion. Upon review of Plaintiff's First Amended Complaint (Doc. 14), the Court finds that it is due to be dismissed without prejudice.

The Court dismissed the first iteration of Plaintiff's complaint (Doc. 1) because Plaintiff failed to establish whether complete diversity exists and the Complaint was an impermissible shotgun pleading. (Doc. 8.) Although Plaintiff's First Amended Complaint delineates which factual allegations are relevant to each claim, it suffers from the same jurisdictional deficiencies. (*See* Doc. 14.)

The citizenship of an "unincorporated entity generally depends on the citizenship of all the members composing the organization." *Rolling Greens MHP, LLC v. Comcast SCH Holdings LLC*, 374 F.3d 1020, 1021 (11th Cir. 2004) (citing *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195 (1990)). An LLC is a citizen of any state where one or more of its members is a citizen. *Id.* Plaintiff's general, conclusory allegation that "[a]ll members of Ranieri Partners Management, LLC are citizens and residents of either New York, New Jersey, Illinois, or Israel" is insufficient. (Doc. 14 ¶ 1.) Plaintiff should identify each

member of the LLC and allege the citizenship of each member of the LLC individually. Plaintiff, therefore, has not established that this Court has jurisdiction.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiffs' First Amended Complaint (Doc. 14) is **DISMISSED WITHOUT PREJUDICE**.

2. On or before Wednesday, **November 4, 2015**, Plaintiff may file a second amended complaint consistent with the strictures in this Order. Failure to file may result in this action being closed without further notice.

3. Defendants, Gerry Matheson and William Geiger's Motion to Dismiss Amended Complaint (Doc. 17) is **DENIED AS MOOT** with leave to reassert if Plaintiff files a second amended complaint.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 28, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record